**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JAMES BRYANT** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **THERESA DELBALSO, THE DISTRICT** | : | |
| **ATTORNEY OF THE COUNTY** | : | |
| **OF PHILADELPHIA and THE** | : | |
| **ATTORNEY GENERAL OF THE** | : | |
| **STATE OF PENNSYLVANIA** | : | **NO. 18-5017** |

## <u>ORDER</u>

**NOW**, this 30th day of September, 2019, upon consideration of the Petition Under 28 U.S.C. § 2254 for a Writ of *Habeas Corpus* (Document No. 2), the response to the Petition for Writ of *Habeas Corpus*, the petitioner's reply, and the Report and Recommendation filed by United States Magistrate Judge Marilyn Heffley (Document No. 15), and the petitioner's objections to the Report and Recommendation, and after a thorough and independent review of the record, it is **ORDERED** that:

1. The Petition for Writ of *Habeas Corpus* is **DISMISSED WITHOUT PREJUDICE**;

2. The petitioner's objections are **OVERRULED**;

3. The Report and Recommendation of Magistrate Judge Marilyn Heffley is **APPROVED** and **ADOPTED**; and

4. There is no probable cause to issue a certificate of appealability.

/s/ TIMOTHY J. SAVAGE J.