# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAMES BRYANT** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **THERESA DELBALSO, THE DISTRICT** | : | |
| **ATTORNEY OF THE COUNTY** | : | |
| **OF PHILADELPHIA and THE** | : | |
| **ATTORNEY GENERAL OF THE** | : | |
| **STATE OF PENNSYLVANIA** | : | **NO. 18-5017** |

## ORDER

**NOW**, this 24th day of March, 2023, upon consideration of Petitioner's Motion for Relief from Judgement Pursuant to Rule 60(b), Fed. R. Civ. P. (Doc. No. 46), it is **ORDERED** as follows:

1. The Clerk of Court shall **REOPEN** this case.

2. Petitioner's motion is **DISMISSED WITHOUT PREJUDICE**.

3. Because there has been no substantial showing of the denial of a constitutional right, a certificate of appealability will not issue.

_____
TIMOTHY J. SAVAGE, J.